UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMEEN MURAD,<br><br>*Plaintiff,*<br><br>v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of the U.S. Department of<br>Homeland Security, *et al.*,<br>*Defendants.* | CASE NO. 2:22-cv-05117-SDW-JSA<br>**Default Judgment** |

## DEFAULT JUDGMENT

The Defendants, having failed to defend in this action, and counsel for Plaintiff having requested judgment against the defaulted defendents and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of Plaintff Rameen Murad and against Alejandro Mayorkas, et. al., as follows:

1. USCIS Newark Asylum Office is ordered to finish background checks and render a decision on the Plaintiff's asylum application within 10 days of this order.

Date: _____   _____
District Judge