

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Matthew J. Mailloux*
*Assistant United States Attorney*

970 Broad Street, Suite 700   main: (973) 645-2700
Newark, NJ 07102                  direct:(973) 645-2837
matthew.maillouxt@usdoj.gov

July 5, 2023

**By ECF**
The Hon. Jessica S. Allen
United States Magistrate Judge
MLK Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

  Re: *Murad v. Mayorkas, et al.*, No. 2:22-5117-SDW-JSA

Dear Judge Allen:

  This Office represents the Government in this immigration matter, in which the plaintiff filed a mandamus lawsuit seeking an order that the United States Citizenship and Immigration Services ("USCIS") adjudicate her immigration application. With plaintiff's consent, the Government respectfully seeks a 14-day extension of its deadline to respond to Plaintiff's motion for Entry of Default, until July 19, 2023.

  Plaintiff seeks to compel action by USCIS to adjudicate plaintiff's application for an I-589 Application for Asylum and for Withholding of Removal. USCIS interviewed Plaintiff on March 9, 2023, and we understood that a decision would be made before the Government's June 2, 2023 deadline to answer or respond to the Complaint (Dkt. No. 12). On June 20, 2023, Plaintiff filed a motion for default judgment (Dkt. No. 13), to which the government has until July 5, 2023 to respond. The undersigned anticipated that a decision would have been made with respect to Plaintiff's application by June 2, 2023, and the parties would be able to dismiss this lawsuit in its entirety. The undersigned apologizes that a calendaring oversight then, caused the need for this request. The undersigned has been advised today that USCIS completed its decision, and is awaiting finalization of that decision to provide it to Plaintiff, which will occur in short order. Accordingly, with Plaintiff's consent, the Government seeks an additional 14 days to respond to Plaintiff's motion for default judgment. *

We thank the Court for its consideration of this matter.

                              Respectfully submitted,

                              PHILIP R. SELLINGER
                              United States Attorney

                    By:   *s/ Matthew J. Mailloux*
                              MATTHEW J. MAILLOUX
                              Assistant United States Attorney

cc: Counsel of Record (via ECF)

                              *Request Granted.

                              SO ORDERED.

                              s/Jessica S. Allen
                              United States Magistrate Judge

                              Dated: July 7, 2023